```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  2/14/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUIS ACQUINO OSORIO,

                Plaintiff,

  -against-

GENE FOX d/b/a GENE'S LANDSCAPING,

                Defendants.

No. 22-cv-6691 (NSR)

**ORDER**

NELSON S. ROMÁN, United States District Judge:

    On January 17, 2023, this Court ordered Plaintiff to "show cause in writing on or before January 27, 2023 why this action should not be dismissed without prejudice for insufficient service of process." (ECF No. 12.)  Plaintiff was warned that "[f]ailure to comply with this Court's present order will result in dismissal of this case for insufficient service of process." (*Id.*)  As of February 14, 2023, Plaintiff has not responded to this Court's January 17, 2023 Order to Show Cause. Accordingly, it is hereby

    ORDERED that Plaintiff's claims be dismissed without prejudice for insufficient service of process.

    The Clerk of Court is respectfully directed to terminate the action.  SO ORDERED.

Dated:   February 14, 2023
           White Plains, New York

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge

1